**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 12  A 10: 04

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefits of GULFEAGLE SUPPLY | : <br> : CASE NUMBER CV206-227 |
| vs | : |
| WESTERN SURETY COMPANY and CARMON CONSTRUCTION, INC. | : |

## O R D E R

It appearing that no service has been perfected in the above captioned case within 120 days from filing as to Defendant Western Surety Company,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Western Surety Company is dismissed without prejudice for want of prosecution.

SO ORDERED, this __12__ day of March, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA