UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA :
*for the use and benefits of*
GULFEAGLE SUPPLY :
                                            CV206-227
V. :

CARMON CONSTRUCTION, INC. :

## ORDER

It appearing that the above entitled case is in default as to Defendant Carmon Construction, Inc. And there being no request for entry of default nor request for default judgment,

IT IS HEREBY ORDERED that said action is dismissed without prejudice for want of prosecution.

**SO ORDERED**, this 7th day of May, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO72A
(Rev. 8/82)